■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELBY L. WALLACE, Appellant. [33 NYS3d 797]—Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered August 5, 2014. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted assault in the second degree (Penal Law §§ 110.00, 120.05 [2]). Contrary to the contention of defendant and the "concession" of the People, we conclude that defendant's valid waiver of the right to appeal encompasses his challenge to the severity of the sentence (*see People v Lopez*, 6 NY3d 248, 256 [2006]). Supreme Court advised defendant of the maximum sentence that could be imposed (*see People v Lococo*, 92 NY2d 825, 827 [1998]), and the record, which includes an oral and written waiver of the right to appeal, establishes that defendant understood that he was waiving his right to appeal both the conviction and the sentence (*cf. People v Maracle*, 19 NY3d 925, 928 [2012]). Present—Peradotto, J.P., Carni, Curran, Troutman and Scudder, JJ.